1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SHELDON ABEND REVOCABLE TRUST, <br><br> Plaintiff, <br><br> v. <br><br> NBC UNIVERSAL, INC., et al., <br><br> Defendants. | CASE NO. CV 11-0037 DSF (SHx) <br><br> JUDGMENT |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed without leave to amend,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED:  10/20/11

_____
Dale S. Fischer
United States District Judge